**Order entered January 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01127-CV

### IN THE INTEREST OF R.M., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02593-2018**

## ORDER

On November 8, 2018, after being informed appellant had not contacted court reporter Kathy Bounds about the record, we directed appellant to file written verification that she had requested the reporter's record. We cautioned appellant that failure to comply timely could result in the appeal being submitted without the reporter's record. Appellant failed to comply, and, on November 27, 2018, we ordered the appeal submitted without the reporter's record and further ordered appellant to file her brief no later than December 27, 2018.

On December 10, 2018, the court reporter filed the reporter's record. Appellant, however, has not filed a brief or a motion to extend the time for filing a brief.

Accordingly, we **VACATE** our November 27, 2018 order and **ORDER** appellant to file, within **FIFTEEN DAYS** of the date of this order, both appellant's brief and an extension motion. Failure to file the brief by the time specified may result in an order for the trial court to conduct a hearing to determine why appellant's brief has not been filed and to take such

measures as may be necessary to assure effective representation, including appointment of new counsel.

/s/    DAVID J. SCHENCK
JUSTICE